**UNITED STATES of America, Appellant, v. Frank G. SAXON, Appellee.**

No. 3458.

Circuit Court of Appeals, Fourth Circuit.

Feb. 7, 1933.

Joseph A. Tolbert, U. S. Atty., of Greenville, S. C.

Mays & Featherstone, of Greenwood, S. C., for appellee.

PER CURIAM.

Case dismissed under Rule 20 by agreement of attorneys.

**UNITED STATES of America, Plaintiff-Appellee, v. Irving SHAFER, alias Irving Shaffransky, Defendant-Appellant.**

No. 317.

Circuit Court of Appeals, Second Circuit.

Feb. 20, 1933.

Solomon Napolsky, of Brooklyn, N. Y. (James E. Wilkinson, of Brooklyn, N. Y., of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Emanuel Bublick, Asst. U. S. Attys., both of Brooklyn, N. Y., and Donald C. Strachan, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES of America, Appellant, v. William Doxie THOMSON, Appellee.**

No. 7112.

Circuit Court of Appeals, Ninth Circuit.

March 17, 1933.

John R. Layng, U. S. Atty., and Lewis M. Andrews, Asst. U. S. Atty., both of Los Angeles, Cal.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. Daniel J. WHITAKER, Appellee.**

No. 3451.

Circuit Court of Appeals, Fourth Circuit.

Feb. 17, 1933.

J. A. Tolbert, U. S. Atty., of Greenville, S. C.

R. K. Wise, of Columbia, S. C., and Williams & Stewart, of Lancaster, S. C., for appellee.

PER CURIAM.

Case dismissed under Rule 20 by agreement of attorneys.